IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A., | : :  : | |
| Plaintiffs, | : : | CIVIL NO. A-17-CV-753-LY |
| v. | : : | |
| BLACKBOARD INC., | : : | |
| Defendant. | : | |

## BLACKBOARD'S CONSENT MOTION TO WITHDRAW DANIEL R. FOSTER AND CHRISTOPHER D. BRIGHT AS ITS ATTORNEYS

Defendant Blackboard Inc. respectfully moves for the withdrawal of Daniel R. Foster and Christopher D. Bright as its attorney in this case. Mr. Foster and Mr. Bright are no longer associated with McDermott Will & Emery LLP.

Blackboard Inc. will continue to be represented by J. Thad Heartfield of The Heartfield Law Firm and Michael S. Nadel, Charles M. McMahon, and other attorneys with McDermott Will & Emery LLP.

Respectfully submitted,

 /s/ *Michael S. Nadel*

J. Thad Heartfield (Texas Bar No. 09346800)
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318

Michael S. Nadel
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Charles M. McMahon (*pro hac vice* forthcoming)
Thomas DaMario (*pro hac vice* forthcoming)
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
(312) 984-7681

*Attorneys for Defendant Blackboard Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, the foregoing was served by email upon opposing counsel as follows:

Paul J. Hayes, Esq.
James J. Foster, Esq.
Kevin Gannon, Esq.
Dean G. Bostock, Esq.
Aaron Jacobs, Esq.
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, Massachusetts  02110

Brent N. Bumgardner, Esq.
Edward R. Nelson III, Esq.
Christopher G. Granaghan, Esq.
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas  76107

/s/ *Michael S. Nadel*
Michael S. Nadel

# CERTFICATE OF CONFERENCE

I hereby certify that on November 4, 2019, I conferred with counsel for Plaintiffs, James J. Foster, regarding this motion, and Plaintiffs' counsel confirmed that Plaintiffs consent to this motion.

/s/ *Michael S. Nadel*
Michael S. Nadel