IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC 2017 LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 20-0665-CFC |
| BLACKBOARD, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Whereas Plaintiff Uniloc 2017 LLC has filed a motion titled "Motion under Rule 59(e) to Alter or Amend the Judgment and Rule 60(b) for Relief from Judgment," (D.I. 99);

Whereas Uniloc nowhere identifies let alone discusses in its motion the legal standards that govern a court's consideration of motions filed pursuant to Rules 59(e) or 60(b);

Whereas Defendant Blackboard, Inc. opposes the motion; and

Whereas the Court agrees with Blackboard that it would be "fundamentally unfair to Blackboard" to grant the motion because it could "prevent Blackboard from participating at the Federal Circuit in an appeal (or set of appeals) that are . . . important to Blackboard," D.I. 100 ¶ 2;

Now therefore, at Wilmington this Twenty-fifth day of February in 2021, it is HEREBY ORDERED that Plaintiff's motion (D.99) is DENIED.

_____
United States District Judge